UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
        :
TYREIK WILLIAMS,                               :
        :
       Plaintiff,    :
        :     18-CV-5175 (VSB)
    -against-         :
        :          **ORDER**
NEW YORK CITY DEPARTMENT OF            :
CORRECTION, et al.,                      :
        :
      Defendants.  :
        :
-------------------------------------------------------X

<u>VERNONS S. BRODERICK</u>, United States District Judge:

      IT IS HEREBY ORDERED that the Warden or other official in charge of the North Infirmary Command at Rikers Island produce inmate Tyreik Williams, B&C No. 5411800693, on May 3, 2019 at 12:00 p.m., at a suitable location within North Infirmary Command equipped with a telephone, for purposes of participating in a conference by telephone with the Court and defense counsel in the above-referenced matter.

      If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-6165.

      Defendants counsel must (1) transmit this Order to the Warden forthwith; and (2) contact the North Infirmary Command to arrange the call and communicate to Chambers the telephone number at which Plaintiff will be reachable.

      The Clerk of Court is respectfully directed to mail a copy of this order and of Document 16 to the pro se Plaintiff.

SO ORDERED.

Dated: April 26, 2019
New York, New York

_____
Vernon S. Broderick
United States District Judge