

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARIA FERNANDA DECASTRO**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2658<br>Fax: (212) 356-3509<br>mdecastr@law.nyc.gov |

May 10, 2019

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

  Re: Tyreik Williams v. City of New York, et al., 18-CV-5175 (VSB)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Commissioner Cynthia Brann, and Bureau Chief Yolanda Canty in the above-referenced matter.[1] Defendants write respectfully in response to the Court's May 8, 2019 Order.

  By way of background, plaintiff alleges, *inter alia*, that he was arrested on April 18, 2018, and was subsequently incarcerated at West Facility from approximately April 24, 2018, until May 17, 2018. Plaintiff further claims that he was placed in punitive segregation in violation of a New York City Department of Correction (hereinafter "DOC") policy which outlawed punitive segregation for adolescents 21 years and younger.

  At the May 3, 2019 Initial Pretrial Conference, Your Honor directed the parties to create a joint proposed case management plan. Thereafter, the undersigned mailed plaintiff a copy of the case management plan, and contacted the North Infirmary Command to schedule a follow-up telephone call with plaintiff. On May 7, 2019, the undersigned also filed a Proposed Order to Produce Plaintiff, which Your Honor endorsed on May 8, 2019. (See ECF No. 22). In

---

[1] This case has been assigned to Assistant Corporation Counsel Stephanie M. Vilella Alonso, who is presently awaiting admission to the United States District Court for the Southern District of New York. Ms. Vilella Alonso is handling this matter under supervision and may be reached at (212) 356-2318 or svilella@law.nyc.gov.

- 2 -

the May 8, 2019 Order, Your Honor also directed defendants to file a letter on the docket with the time and date of the telephone call.  (See id.)

Yesterday, the undersigned contacted the North Infirmary Command to schedule the telephone call with plaintiff.  The facility indicated that plaintiff has been transferred to state custody.  Upon information and belief, plaintiff was transferred from the North Infirmary Command to Downstate Correctional Facility. (Printout from the New York State Department of Corrections and Community Supervision Inmate Lookup Service attached hereto as "Exhibit A").  Accordingly, the undersigned contacted Downstate Correctional Facility, which confirmed that plaintiff will be produced for the telephone call on Monday, May 13, 2019 at 10:00 a.m.

Thank you for your consideration herein.

Respectfully submitted,

/s/
Maria Fernanda DeCastro
*Assistant Corporation Counsel*

cc: **BY FIRST-CLASS MAIL**
Tyreik Williams
DIN #: 19-A-1691
*Plaintiff* Pro Se
Downstate Correctional Facility
P.O. Box F
Fishkill, New York 12524