# EXHIBIT A

Department of Corrections and Community Supervision

# Inmate Information

Inmate Information Data Definitions are provided for most of the elements listed below. When a detailed definition is available for a specific element, you may click on the element's label to view it.

## Identifying and Location Information
## As of 05/09/19

| | |
|---|---|
| DIN (Department Identification Number) | 19A1691 |
| Inmate Name | WILLIAMS, TYREIK |
| Sex | MALE |
| Date of Birth | 10/22/1998 |
| Race / Ethnicity | BLACK |
| Custody Status | IN CUSTODY |
| Housing / Releasing Facility | DOWNSTATE |
| Date Received (Original) | 05/06/2019 |
| Date Received (Current) | 05/06/2019 |
| Admission Type | NEW COMMITMENT |
| County of Commitment | BRONX |
| Latest Release Date / Type (Released Inmates Only) | |

Crimes of Conviction
If all 4 crime fields contain data, there may be additional crimes not shown here. In this case, the crimes shown here are those with the longest sentences.
As of 05/09/19