USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREIK WILLIAMS,

    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

1-18-cv-5175 (VSB)

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    This case has been referred to me for settlement purposes (docket no. 30). A telephone conference will be held on **Thursday, June 20, 2019 at 9:45 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

    It is hereby **ORDERED** that the Warden or other official in charge of the Downstate Correctional Facility produce plaintiff Tyreik Williams., Inmate No. 19-A-1691/NYSID# 12120262Q, on June 20, 2019, no later than 9:45 a.m., to a suitable location within the Downstate Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

    Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Downstate Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) telephone chambers at

(212) 805-0234, with the plaintiff on the line, at the time and date of the conference.

Dated: May 16, 2019
  New York, New York

SO ORDERED.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**

**The Clerk of Court is requested to mail a copy of this order to:**

**Tyreik Williams**
**19-A-1691**
**NYSID #12120262Q**
**Downstate Correctional Facility**
**121 Red Schoolhouse Road**
**P.O. Box F**
**Fishkill, New York 12524**