```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYREIK WILLIAMS,<br><br>    Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | 18-CV-5175 (VSB)<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A telephone conference in this matter has been scheduled for **Wednesday, December 11, 2019 at 10:00 a.m.** Defendants' counsel must: (1) call the Wende Correctional Facility promptly at **716-937-4000 ext. 4381** and request that the plaintiff be placed on the line; (2) telephone chambers at (212) 805-0234, with the plaintiff on the line, at the scheduled time of the conference.

Dated: December 9, 2019
      New York, New York

SO ORDERED.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**

**The Clerk of Court is requested to mail a copy of this order to:**

Tyreik Williams
19-A-1691
NYSID #12120262Q
Wende Correctional Facility
3040 Wende Road
Alden, New York 14004-1187