USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tyreik Williams,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>New York City Dept. of Correction et al.,<br><br>　　　　　　　　　　Defendants. | 18-cv-05175-VSB-KHP<br><br>**SUPPLEMENTAL ORDER GRANTING PRO BONO COUNSEL** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

　　　The Court directs that the Clerk of Court seek pro bono counsel to enter a limited appearance for the purpose of conducting certain depositions in the above-captioned action. Counsel may also engage in settlement discussions. Counsel will file a Notice of Limited Appearance as Pro Bono Counsel.

　　　Four depositions are needed – those of non-party witnesses Huffman, Ramos, Kaufman, and King. These depositions should be completed by the end of March 2020.

　　　Under the Court's Standing Order regarding the Creation and Administration of the Pro Bono Fund (16-MC-0078), pro bono counsel may apply to the Court for reimbursement of certain out-of-pocket expenses spent in furtherance of Plaintiff's case.

　　　Pro bono counsel shall not be obligated to represent Plaintiff in matters beyond the scope of those described in this order. Upon the filing by pro bono counsel of a Notice of Completion, the representation by pro bono counsel of Plaintiff in this matter will terminate, and pro bono counsel will have no further obligations or responsibilities to Plaintiff or to the Court in this matter.

## CONCLUSION

The Office of Pro Se Litigation is directed to attempt to locate pro bono counsel to represent Plaintiff for the limited purposes described above. The Court advises Plaintiff that there are no funds to retain counsel in civil cases and the Court relies on volunteers. Due to a scarcity of volunteer attorneys, a lengthy period of time may pass before counsel volunteers to represent Plaintiff. If an attorney volunteers, the attorney will contact Plaintiff directly. There is no guarantee, however, that a volunteer attorney will decide to take the case, and plaintiff should be prepared to proceed with the case without an attorney.

The Clerk of Court is respectfully requested to mail a copy of this order to the Pro Se Plaintiff.

**SO ORDERED**.

Dated: December 12, 2019
      New York, New York

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**