USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYREIK WILLIAMS,<br><br>   Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS, et al.,<br><br>   Defendants. | 18-cv-5175 (VSB)<br><br>**ORDER CANCELLING CONFERENCE** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

In light of the Telephone Conference scheduled for **Wednesday, February 5, 2020 at 10:00 a.m.** the Status Conference scheduled for January 8, 2020 is hereby cancelled.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

  **SO ORDERED**.

Dated: December 23, 2019
   New York, New York

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**