

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEPHANIE M. VILELLA ALONSO**
*Assistant Corporation Counsel*
Phone: (212) 356-2318
Fax: (212) 356-3509
svilella@law.nyc.gov

February 3, 2020

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

**MEMO ENDORSED**

Re: Tyreik Williams v. City of New York, et al., 18-CV-5175 (VSB) (KHP)

Your Honor:

    I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, representing defendants City of New York, Commissioner Cynthia Brann, and Bureau Chief Yolanda Canty in the above-referenced matter. Defendants write respectfully to request an adjournment of the Telephone Conference, presently scheduled for February 5, 2020, at 10:00 a.m. This is the first of such request. I conferred with pro bono counsel, and they take no position on this request.

    Unfortunately, I am unavailable on February 5, 2020 due to a scheduling conflict. Accordingly, defendants respectfully request that the Court adjourn the Telephone Conference until a date and time that is convenient for the Court.

    Thank you for your consideration herein.

Respectfully submitted,

Stephanie Michelle Vilella Alonso
*Assistant Corporation Counsel*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2020

cc: **BY ECF**
Leonid Grinberg and Justin M. Ellis
*Attorneys for Plaintiff*
MoloLamken LLP
430 Park Avenue
New York, NY 10022

**APPLICATION GRANTED:** The telephone conference in this matter that was scheduled for Wednesday, February 5, 2020 at 10:00 a.m. is rescheduled to  **Monday, February 10, 2020 at 10:00 a.m.**  Defendants' counsel must: (1) call the Wende Correctional Facility promptly at 716-937-4000 ext. 4381and request that the plaintiff be placed on the line; (2) telephone chambers at (212) 805-0234, with the **Plaintiff and opposing Counsel on the line,** at the scheduled time of the conference.
The Clerk of Court is requested to mail a copy of this endorsement to the Plaintiff.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
02/03/2020