JAMES E. JOHNSON
*Corporation Counsel*



THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

STEPHANIE M. VILELLA ALONSO
*Assistant Corporation Counsel*
Phone: (212) 356-2318
Fax: (212) 356-3509
svilella@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2020

February 12, 2020

**MEMO ENDORSED**

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

Re:   Tyreik Williams v. City of New York, et al., 18-CV-5175 (VSB) (KHP)

Your Honor:

The parties write respectfully to request an adjournment of the Telephone Conference, presently scheduled for February 14, 2020, starting at 11:30 a.m. Unfortunately, Ms. Vilella has a previously scheduled deposition on that same date, starting at 10:00 a.m. The parties conferred with the Court, and propose that the Court reschedule the conference for February 25, 2020, starting at 10:00 a.m.

Plaintiff's counsel further propose that the Court convert this Status Conference into an in-person conference with plaintiff's participation by telephone. Defendants do not object to this request, so long as plaintiff's counsel can make such arrangements.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ SMV*

Stephanie Michelle Vilella Alonso
*Assistant Corporation Counsel*

*[signature]*
William Alexander Harris, Leonid Grinberg,
and Justin Ellis
MoloLamken LLP
*Attorneys for Plaintiff*

**APPLICATION GRANTED:** The telephone conference in this matter that was scheduled for Friday, February 14, 2020 at 11:30 a.m. is hereby converted to an in-person Status Conference and rescheduled to Tuesday, February 25, 2020 at 10:00 a.m. Defendants' counsel must be prepared to supply the Court with the telephone number at the Wende Correctional Facility where the plaintiff can be placed on the line and connected to Judge Parker's courtroom during the conference.
The Clerk of Court is requested to mail a copy of this endorsement to the Plaintiff.

**Tyreik Williams
19-A-1691
NYSID #12120262Q
Wende Correctional Facility
3040 Wende Road Alden
New York 14004-1187.**

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.
02/13/2020