USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREIK WILLIAMS,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF

CORRECTIONS, et al.,

                Defendants.

18-CV-5175 (VSB)(KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

     As discussed during today's status conference, the next in-person status conference will take place on **April 9, 2020 at 10:00 a.m.** in Courtroom 17D, 500 Pearl Street, New York, New York. Defendants' counsel must be prepared to supply the Court with the telephone number at the Wende Correctional Facility where the Plaintiff can be placed on the line and connected to Judge Parker's courtroom during the conference. The Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED**.

Dated: February 25, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge