```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

TYREIK WILLIAMS,

                        Plaintiff,

-against-                       **ORDER**

CITY OF NEW YORK, COMMISSIONER BRANN, AND
BUREAU CHIEF CANTY,             18-CV-5175 (VSB) (KHP)

                        Defendants.

----------------------------------------------------------------------- x

**KATHARINE H. PARKER**
**UNITED STATES MAGISTRATE JUDGE**

       Upon the application of defendants for leave to take the deposition of plaintiff Tyreik Williams, DIN #: 19-A-1691, an inmate within the New York State Department of Corrections and Community Supervision:

       **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the Wende Correctional Facility**,** located in Alden, New York, produce inmate Tyreik Williams, DIN #: 19-A-1691, at a location within the facility with video conference capabilities for the taking of his deposition on March 23, 2020, at 10:00 a.m. and for so long thereafter as the deposition continues; (2) that plaintiff appear in such place as designated by the Warden or other official in charge of the Wende Correctional Facility so that his deposition may be taken.

       **SO ORDERED**.

Dated:       New York, New York
                 ____**March 4**____, 2020

                                                 _Katharine H. Parker_
                                                 _____
                                                 **HON. KATHARINE H. PARKER**
                                                 UNITED STATES MAGISTRATE JUDGE