UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| TYREIK WILLIAMS, | |
|---|---|
| Plaintiff, | 18-CV-5175 (VSB)(KHP) |
| -against- | **ORDER** |
| NEW YORK CITY DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The next in-person status conference will take place on **April 28, 2020 at 10:00 a.m.** in Courtroom 17D, 500 Pearl Street, New York, New York. Defendants' counsel must be prepared to supply the Court with the telephone number at the Wende Correctional Facility where the Plaintiff can be placed on the line and connected to Judge Parker's courtroom during the conference.

**SO ORDERED**.

Dated: March 5, 2020
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge