

Leonid Grinberg
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8152
F: 212.607.8161
lgrinberg@mololamken.com
www.mololamken.com

May 15, 2020

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY  10007

BY CM/ECF

      Re:    *Tyreik Williams v. City of New York et al.*, No. 18 Civ. 5175 (VSB) (KHP):

Dear Judge Parker:

      Pursuant to the Court's April 20 order, the parties write jointly to report on the status of this matter.  *See* Dkt. 96.

**I.    Depositions**

      The parties have scheduled a remote deposition of Martha King for Thursday, June 18.  The parties have also scheduled a remote deposition of Mark Duke for Thursday, June 25.  Because Mr. Duke's work schedule changes from week to week, June 25 is a control date, and the parties may move it to accommodate Mr. Duke's schedule.

      Pursuant to the Court's stay, depositions of the remaining third-party witnesses have not yet been scheduled.

**II.    Document Production**

      Plaintiff made his first document production to Defendants on May 4.  Plaintiff is continuing to collect documents for additional productions.  In addition, Plaintiff will return his verified interrogatories to Defendants once an issue regarding his mail has been resolved.  Plaintiff's counsel is in active communication with the facility to resolve the issue and will keep the Court apprised if they are unable to resolve it.

      Thank you for your attention to this matter.

Hon. Katharine Parker — - 2 - — May 15, 2020

Respectfully submitted,

Justin M. Ellis
W. Alex Harris
Leonid Grinberg

*Limited* Pro Bono *Counsel*
  *for Tyreik Williams*

Stephanie M. Vilella Alonso

*Counsel for Defendants*