USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREIK WILLIAMS,

      Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF
CORRECTION, et al.,

      Defendants.

Case No. 18 Civ. 5175 (VSB) (KHP)

**ORDER**

Upon Plaintiff's letter motion for an order permitting additional time to confer with counsel in light of depositions that have been scheduled in this action, it is hereby

ORDERED that Plaintiff's motion be GRANTED; and it is

FURTHER ORDERED that the Warden or other official in charge of Wende Correctional Facility make Plaintiff **Tyreik Williams (department identification number 19A1691)** available in a suitable location that is equipped with a telephone for confidential legal phone calls for up to three hours at a time; and it is

FURTHER ORDERED that Plaintiff **Tyreik Williams (department identification number 19A1691)** may confer with counsel without restriction as to frequency of calls per week; and it is

FURTHER ORDERED that this Order shall extend through the month of June 2020.

**SO ORDERED.**

Dated this 9th day of June, 2020.

                _____
                Katharine H. Parker
                United States Magistrate Judge