UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/18/2020
```

TYREIK WILLIAMS,

               Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF CORRECTION, et al.,

               Defendants.

Case No. 18 Civ. 5175 (VSB) (KHP)

**[PROPOSED] ORDER**

WHEREAS, a telephonic settlement conference in this case has been scheduled for Wednesday, June 24, 2020, from 11:30 a.m. until 2:00 p.m., and it may be necessary for counsel and/or the Court to consult with Plaintiffs during those proceedings, it is hereby

ORDERED that the Warden or other official in charge of Wende Correctional Facility make Plaintiff **Tyreik Williams (department identification number 19A1691)** available in a suitable location that is equipped with a telephone for confidential legal phone call at 11:30 a.m. until 2:00 p.m.  Mr. Williams must dial the Court's telephonic conference line at 1-866-434-5269 and use access code 4858267.

**SO ORDERED.**

Dated this **18th** day of June, 2020.

                                                         *Katharine H. Parker*
                                                       Katharine H. Parker
                                                       United States Magistrate Judge
                                                                      **06/18/2020**