# MOLOLAMKEN

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2020
```

July 31, 2020

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

> **The Court thanks the parties for the status update. The Court will hold a telephonic status conference on <u>Thursday, September 24, 2020 at 2:45 p.m.</u> Counsel are directed to call Judge Parker's teleconference line at the schedule time. <u>Please dial (866) 434-5269, Access code: 4858267.</u>**
>
> SO ORDERED:
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 08/04/2020

BY CM/ECF

    Re:    *Tyreik Williams v. City of New York et al.*, No. 18 Civ. 5175 (VSB) (KHP):
            <u>Status Report</u>

Dear Judge Parker:

    Pursuant to the Court's June 24, 2020 order, the parties write jointly to report on the status of this matter. *See* Dkt. 112.

    The parties are working cooperatively to complete the remaining depositions. Mark Duke's deposition took place on July 16, 2020, and the parties are in the process of scheduling Lily Hoffman's deposition. Pursuant to the Court's stay, depositions of the remaining third-party witnesses have not yet been scheduled.

    Document discovery also remains ongoing. Plaintiff served Defendants with requests for document production and interrogatories on July 24, 2020. Additionally, Plaintiff continues to gather materials in response to Defendants' discovery requests. As soon as those materials have been obtained and reviewed, Plaintiff will promptly disclose any responsive materials to Defendants. Defendants are also seeking additional documents from Plaintiff and continue to work with counsel to obtain them.

    Finally, the parties continue to discuss potential settlement in good faith. Defendants are internally considering a counteroffer following the deliberations at the settlement conference.

    Thank you for your attention to this matter.

Hon. Katharine Parker	- 2 -	July 31, 2020

                                                          Respectfully submitted,

Justin M. Ellis	Stephanie M. Vilella Alonso
W. Alex Harris
Leonid Grinberg	*Counsel for Defendants*

*Limited* Pro Bono *Counsel*
  *for Tyreik Williams*