USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/20/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TYREIK WILLIAMS,

                        Plaintiff,                 **18-CV-5175 (KPF)**

      -against-                            **ORDER SCHEDULEING**
                                                                           **TELEPHONIC SETTLEMENT**
                                                                           **CONFERENCE**

NEW YORK CITY DEPT. of CORRECTIONS,
et al.,

                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

     The telephonic Discovery Conference in this matter scheduled for **Thursday, September 24, 2020 at 2:45 p.m.** is hereby converted to a telephonic **Settlement Conference**.

     It is hereby ordered that the Warden of other official in charge of the Wende Correctional Facility produce Plaintiff **Tyreik Williams, DIN No. 19-A-1691** on **September 24, 2020** by no later than 2:45 p.m., to a suitable location within the Wende Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Chris Aiello at (212) 805-0234.

     Counsel is directed to call Judge Parker's teleconference line at the scheduled time with the Plaintiff already on the phone. **Please dial (866) 434-5269, Access code: 4858267**.

     The Parties' are directed to submit an updated ex parte status letter by email as to their settlement discussions no later than **September 21, 2020 by 5:00 p.m.**

SO ORDERED.

DATED: New York, New York
August 20, 2020

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

**The Clerk of Court is respectfully requested to mail copy of this Order to:**

Tyreik Williams
19-A-1691
Wende C.F.
3040 Wende Road
Alden, NY 14004-1187

**Warden or Superintendent**
**Wende Correctional Facility**
**3040 Wende Road**
**Alden, NY 14004-1187**