

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **STEPHANIE M. VILELLA ALONSO**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2318<br>Fax: (212) 356-3559<br>svilella@law.nyc.gov |

September 11, 2020

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Tyreik Williams v. City of New York, et al.</u>, 18-CV-5175 (VSB) (KHP)

Your Honor:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, representing defendants City of New York, Commissioner Brann, and Bureau Chief Yolanda Canty in the above-referenced matter. Defendants write respectfully to inform the Court that the parties have tentatively reached a settlement agreement in the above-referenced matter. The parties are in the process of exchanging and reviewing settlement paperwork, including a Stipulation and Order of Dismissal. This will be submitted to the Court as soon as it is executed with the settlement paperwork. The parties respectfully request that all deadlines, including the Telephone Conference, presently scheduled for September 24, 2020, be adjourned *sine die*.

      The parties thank the Court for its attention to this matter.

      Respectfully submitted,

      */s/ Stephanie Michelle Vilella Alonso*

      Stephanie Michelle Vilella Alonso
      *Assistant Corporation Counsel*
      Special Federal Litigation Division

cc: **BY ECF**
William Alexander Harris, Leonid Grinberg, and Justin Ellis
MoloLamken LLP
*Attorneys for Plaintiff*