UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYREIK WILLIAMS,

                        Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

                      Defendant(s).
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2020

18-cv-5175 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' joint letter motion filed on October 23, 2020.  (Doc. 120.)  Accordingly, it is hereby:

      ORDERED that the above-captioned action remains discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made by November 30, 2020.  The parties' motion to restore the case to active status (Doc. 120) is DENIED at this time.  The Clerk is directed to terminate the open motion at Document 120.

SO ORDERED.

Dated: October 27, 2020
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge