UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

TYREIK WILLIAMS,

                                   Plaintiff,

                                                        **STIPULATION AND**
                     -against-                           **ORDER OF DISMISSAL**


                                                        18-CV-5175 (VSB) (KHP)

CITY OF NEW YORK, ET AL.,

                                Defendants.
------------------------------------------------------------------- X

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the

parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
November 13, 2020

| | |
|---|---|
| **MOLOLAMKEN LLP**<br>430 Park Avenue<br>New York, NY 10022 | **JAMES E. JOHNSON**<br>Corporation Counsel of the City<br>   of New York<br>100 Church Street<br>New York, New York 10007 |
| By: _____<br>Leonid Grinberg<br>William Alexander Harris<br>Justin Ellis<br>*Attorneys for Plaintiff* | By: _____<br>Stephanie Michelle Vilella Alonso<br>*Assistant Corporation Counsel*<br><br>SO ORDERED: |

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Dated: _____, 2020

2