UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
TYREIK WILLIAMS,                                             :
:
               Plaintiff,                          :
:     18-CV-5175 (VSB)
    -against-                                             :
:     **ORDER**
THE CITY OF NEW YORK,                                        :
:
               Defendant.                          :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The Court is in receipt of a proposed Stipulation and Order of Dismissal submitted by the parties on November 25, 2020, which asks the Court to retain jurisdiction to enforce the parties' settlement. (Doc. 123.) The Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish the Court to retain jurisdiction, they must place the terms of the settlement on the public record by either providing a copy of the settlement agreement for the Court to endorse or including the terms of settlement in their stipulation of dismissal. If the parties do not wish the Court to retain jurisdiction, they should revise their stipulation of dismissal to remove that paragraph. Accordingly, by December 4, 2020, the parties shall submit a revised stipulation.

SO ORDERED.

Dated: November 29, 2020
      New York, New York

Vernon S. Broderick
United States District Judge