UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

TYREIK WILLIAMS,

                                      Plaintiff,

                                                   **STIPULATION AND**
       -against-                              **ORDER OF DISMISSAL**

                                                   18-CV-5175 (VSB) (KHP)

CITY OF NEW YORK, ET AL.,

                                      Defendants.
------------------------------------------------------------------ X

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
December 4, 2020

| | |
|---|---|
| MOLOLAMKEN LLP<br>430 Park Avenue<br>New York, NY 10022 | JAMES E. JOHNSON<br>Corporation Counsel of the City<br>  of New York<br>100 Church Street<br>New York, New York 10007 |
| By: _____<br>Leonid Grinberg<br>W. Alexander Harris<br>Justin Ellis<br>*Attorneys for Plaintiff* | By: _____<br>Stephanie Michelle Vilella Alonso<br>*Assistant Corporation Counsel* |

SO ORDERED:

Vernon S. Broderick   12/7/2020
United States District Judge

2